**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DIRECTV, LLC                                          *
                                                      *
                    Plaintiff                         *
                                                      *
V.                                                    *
                                                      *          NO: 1:12CV00105  SWW
JENYNE SNEED, individually and                        *
d/b/a Copper Feather Restaurant                       *
                                                      *
                    Defendant

**ORDER of DISMISSAL**

Pursuant to the parties' stipulation of dismissal (ECF No. 20), this action is DISMISSED

WITH PREJUDICE, with each party to bear its own costs.

IT IS SO ORDERED THIS 13th  DAY OF MAY, 2013.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE