## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| DIRECTV, LLC | * |
| | * |
| Plaintiff | * |
| | * |
| V. | * |
| | *    NO: 1:12CV00105 SWW |
| JENYNE SNEED, individually and | * |
| d/b/a Copper Feather Restaurant | * |
| | * |
| Defendant | |

### ORDER of DISMISSAL

Pursuant to the parties' stipulation of dismissal (ECF No. 20), this action is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

IT IS SO ORDERED THIS 13th DAY OF MAY, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE